No. 96–5196. CROWDER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5197. TOEPEAKA v. DEPARTMENT OF THE TREASURY. C. A. 9th Cir. Certiorari denied.

No. 96–5198. WILLMES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5199. BANKO v. WORKMEN'S COMPENSATION APPEAL BOARD OF PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 96–5200. RODRIGUEZ MACIAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5201. MAMMAH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5202. MCQUEEN v. BAKER ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5203. JOHNSON v. SULLIVAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–5204. BURKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5205. CABRERA-SOSA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5207. SCHUELLER v. EDGAR ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5208. SCHULTZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5209. WOODY v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 96–5210. PIERCE v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–5211. RAGAN v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5212. PATRICK v. SOUTH CAROLINA. Ct. App. S. C. Certiorari denied.